FILED by \_\_TB\_\_ D.C.

Jan 10, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**17-60005-CR-ZLOCH/HUNT**

CASE NO. _____

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

BRANDON BAIR,
AIMEE CHIN-SANG, and
KEVIN LAWSON MITCHELL,

       Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Access Device Fraud
### (18 U.S.C. § 1029(b)(2))

From on or about February 20, 2016, and continuing through on or about May 17, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BRANDON BAIR,
AIMEE CHIN-SANG, and
KEVIN LAWSON MITCHELL,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a), namely, to knowingly, and with the intent to defraud, traffic in and

use one or more unauthorized access devices, that is, credit card account numbers and AT&T merchant account numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about February 20, 2016, at approximately 5:12 p.m., **BRANDON BAIR** used a credit card account number ending in 8189, to conduct a false and fraudulent transaction totaling approximately $4,015.46, at a Home Depot store located in Sunrise, Florida.

2. On or about February 20, 2016, at approximately 5:22 p.m., **AIMEE CHIN-SANG** used a credit card account number ending in 1755, to conduct a false and fraudulent transaction totaling approximately $4,000, at a Home Depot store located in Sunrise, Florida.

3. On or about March 24, 2016, at an AT&T store located in Fort Lauderdale, Florida, **BRANDON BAIR** and **AIMEE CHIN-SANG** conducted a false and fraudulent transaction totaling approximately $2,879.97 using an AT&T merchant account belonging to "J.S."

4. On or about March 24, 2016, at an AT&T store located in Fort Lauderdale, Florida, in furtherance of the false and fraudulent transaction, **BRANDON BAIR** presented a counterfeit license in the name of "J.S."

5. On or about March 24, 2016, at an AT&T store located in Fort Lauderdale,

Florida, in furtherance of a false and fraudulent transaction, **AIMEE CHIN-SANG** presented a counterfeit license in the name of "J.M."

6.  On or about April 30, 2016, at approximately 3:33 p.m., **AIMEE CHIN-SANG** presented to **KEVIN LAWSON MITCHELL**, a Home Depot employee, a credit card account number ending in 9144, which was used to conduct a false and fraudulent transaction totaling approximately $4,028.57, at a Home Depot store located in Davie, Florida.

7.  On or about April 30, 2016, at approximately 3:36 p.m., **KEVIN LAWSON MITCHELL** and **AIMEE CHIN-SANG** used a credit card account number ending in 9144, to conduct a false and fraudulent transaction totaling approximately $4,074.16, at a Home Depot store located in Davie, Florida.

8.  On or about April 30, 2016, at approximately 6:42 p.m., **KEVIN LAWSON MITCHELL** and **BRANDON BAIR** used a credit card account number ending in 8169, to conduct a false and fraudulent transaction totaling approximately $4,146.28, at a Home Depot store located in Davie, Florida.

9.  On or about April 30, 2016, at approximately 6:47 p.m., **KEVIN LAWSON MITCHELL** and **BRANDON BAIR** used a credit card account number ending in 8169, to conduct a false and fraudulent transaction totaling approximately $4,000.00, at a Home Depot store located in Davie, Florida.

10. On or about May 17, 2016, at approximately 11:51 a.m., **KEVIN LAWSON MITCHELL** and **AIMEE CHIN-SANG** used a credit card account number ending in 3039, to conduct a false and fraudulent transaction totaling approximately $2,005.27, at a Home Depot store located in Davie, Florida.

11. On or about May 17, 2016, at approximately 12:13 p.m., **KEVIN LAWSON**

**MITCHELL** and **BRANDON BAIR** used a credit card account number ending in 3039, to conduct a false and fraudulent transaction totaling approximately $2,012.04, at a Home Depot store located in Davie, Florida.

All in violation of Title 18, United States Code, Section 1029(b)(2).

**COUNT 2**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about March 24, 2016, in Broward County, in the Southern District of Florida, the defendants,

**BRANDON BAIR and**
**AIMEE CHIN-SANG,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully combining, conspiring, confederating, and agreeing with each other and with other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a)(2), namely, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, credit card account numbers and AT&T merchant account numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and merchant account number of "J.M." in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**COUNT 3**
**Use of Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(2))**

From on or about March 22, 2016, and continuing through on or about March 24, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BRANDON BAIR and**
**AIMEE CHIN-SANG,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, merchant account numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

**COUNT 4**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about March 24, 2016, in Broward County, in the Southern District of Florida, the defendants,

**BRANDON BAIR and**
**AIMEE CHIN-SANG,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, merchant account numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 3 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, a name and AT&T merchant account issued in the name of "J.S.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 5
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

Beginning on or about February 20, 2016, and continuing through on or about May 17, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**BRANDON BAIR and
AIMEE CHIN-SANG,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, credit card account numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 6
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about February 20, 2016, in Broward County, in the Southern District of Florida, the defendant,

**BRANDON BAIR,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, credit card account numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 5 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and credit card encoded with account number 8189 issued to "M.C.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

6

**COUNT 7**
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about April 30, 2016, in Broward County, in the Southern District of Florida, the defendant,

**AIMEE CHIN SANG,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, credit card account numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 5 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name and credit card encoded with account number 9144 issued to "L.B.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**FORFEITURE ALLEGATIONS**

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which one or more of the defendants, **BRANDON BAIR**, **AIMEE CHIN-SANG**, and **KEVIN LAWSON MITCHELL**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, or a conspiracy thereof, as alleged in this Indictment, each of the defendants shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| BRANDON BAIR, AIMEE CHIN-SANG, and KEVIN LAWSON MITCHELL, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)  New Defendant(s)   Yes ___ No ___
                                   Number of New Defendants ___
 ___ Miami    ___ Key West         Total number of counts ___
 _X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No__
   List language and/or dialect

4. This case will take    4-5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to  5 days    _X_       Petty       ___
   II   6 to 10 days    ___       Minor       ___
   III  11 to 20 days   ___       Misdem.     ___
   IV   21 to 60 days   ___       Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No__
   If yes:
   Judge:                          Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No__
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)    No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___  No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___  No _X_

_____
ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5501847

*Penalty Sheet(s) attached                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  BRANDON BAIR

**Case No**: _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**:     5 Years' Imprisonment

Counts #: 3 and 5

Access Device Fraud

Title 18, United States Code, Sections 1029(a)(2) and 2

**\* Max. Penalty**:     10 Years' Imprisonment

Counts #: 2, 4, 6

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1) and 2

**\* Max. Penalty**:     2 Years of Imprisonment Consecutive to Any Other Sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** AIMEE CHIN-SANG

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

* **Max. Penalty:** 5 Years' Imprisonment

Counts #: 3 and 5

Access Device Fraud

Title 18, United States Code, Sections 1029(a)(2) and 2

* **Max. Penalty:** 10 Years' Imprisonment

Counts #: 2, 4, 7

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1) and 2

* **Max. Penalty:** 2 Years of Imprisonment Consecutive to Any Other Sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  **KEVIN LAWSON MITCHELL**

**Case No**: _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\* Max. Penalty**:     5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**